**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


| | | |
|---|---|---|
| **ROGERICO JOHNSON,** | ) | **CASE NO.  4:00CV1075** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MARGARET GHEE,** | ) | **ORDER** |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |


This matter comes before the Court upon the Report and Recommendation of Magistrate Judge George J. Limbert.   (Dkt. #34). The Magistrate Judge's report recommended that Defendant Margaret Ghee's Motion for Judgment on the Pleadings be granted and that Plaintiff Rogerico Johnson's Motion to Appoint Counsel be denied. (Dkt. #34).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Limbert (Dkt. #34) is hereby **ADOPTED**, and this case is **DISMISSED**.


**IT IS SO ORDERED.**


**/s/  Peter  C.  Economus  -October  28,  2005**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**